Lamont BOWDEN *v.* STATE of Arkansas

CR 95-1258                                      925 S.W.2d 158

Supreme Court of Arkansas
Opinion delivered June 21, 1996

■

PER CURIAM. Appellant, Lamont Bowden, has been convicted of capital murder and sentenced to life imprisonment without parole. His attorney, Ronald Carey Nichols, requested and was granted a thirty-day extension to February 14, 1996, to file appellant's brief. On February 14, 1996, he was given a second thirty-day extension, making the brief due on March 15, 1996. On March 19, 1996, appellant's attorney was granted a third extension to April 14, 1996. A final extension to April 28, 1996, was then given to file the appellant's brief, but no brief has been filed.

■ Ronald Carey Nichols is therefore ordered to appear before this court on the 1st day of July, 1996, at 9:00 a.m., to show

cause why he should not be held in contempt of this court for his repeated failures to file appellant's brief.